**FORM 1 VOLUNTARY PETITION**                                          AB7971

| United States Bankruptcy Court<br>Eastern District of New York | VOLUNTARY<br>PETITION |
|---|---|

| IN RE (Name of debtor-if individual, enter Last, First, Middle)<br>Salazar, Tyrone | NAME OF JOINT DEBTOR (Spouse) (Last, First, Middle)<br>Salazar, Myrna |
|---|---|
| ALL OTHER NAMES used by debtor in the last 6 years<br>(Include married, maiden and trade names) | ALL OTHER NAMES used by joint debtor in the last 6 years<br>(Include married, maiden and trade names)<br>Myrna Serrano |
| Last four digits of SOC. SEC./TAX I.D. NO. (If more than one, state all)<br>XXX-XX-5676 | Last four digits of SOC. SEC./TAX I.D. NO. (If more than one, state all)<br>XXX-XX-8060 |
| STREET ADDRESS OF DEBTOR (No. and street, city, state, and zip code)<br>1521 Jefferson Avenue, 1L<br>Brooklyn, New York 11237 | STREET ADDRESS OF JOINT DEBTOR (No. and street, city, state, and zip code)<br>1521 Jefferson Avenue, 1L<br>Brooklyn, New York 11237 |

| | COUNTY OF RESIDENCE OR<br>PRINCIPAL PLACE OF BUSINESS<br>Kings | | COUNTY OF RESIDENCE OR<br>PRINCIPAL PLACE OF BUSINESS<br>Kings |
|---|---|---|---|

| MAILING ADDRESS OF DEBTOR (If different from street address) | MAILING ADDRESS OF JOINT DEBTOR (If different from street address) |
|---|---|
| LOCATION OF PRINCIPAL ASSETS OF BUSINESS DEBTOR<br>(If different from address listed above) | VENUE (Check one box)<br>☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br>☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District. |

**INFORMATION REGARDING DEBTOR (Check applicable boxes)**

| TYPE OF DEBTOR | | CHAPTER OR SECTION OF BANKRUPTCY CODE UNDER WHICH THE PETITION IS FILED (Check one box) |
|---|---|---|
| ☐ Individual | ☐ Corporation Publicly Held | ☒ Chapter 7    ☐ Chapter 11    ☐ Chapter 13 |
| ☒ Joint (H&W) | ☐ Corporation Not Publicly Held | ☐ Chapter 9    ☐ Chapter 12    ☐ § 304 - Case Ancillary to Foreign Proceeding |
| ☐ Partnership | ☐ Municipality | |
| ☐ Other _____ | | FILING FEE (Check one box)<br>☒ Filing fee attached. |

NATURE OF DEBT<br>
☒ Non-Business Consumer          ☐ Business - Complete A&B Below

☐ Filing fee to be paid in installments. (Applicable to individuals only.) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). see Official Form No. 3

A. TYPE OF BUSINESS (check one box)
| ☐ Farming | ☐ Transportation | ☐ Commodity Broker |
|---|---|---|
| ☐ Professional | ☐ Manufacturing/ Mining | ☐ Construction |
| ☐ Retail/Wholesale | | ☐ Real Estate |
| ☐ Railroad | ☐ Stockbroker | ☐ Other Business |

NAME AND ADDRESS OF LAW FIRM OR ATTORNEY<br>
Allan R. Bloomfield, Esq.<br>
118-21 Queens Blvd., Suite 509<br>
Forest Hills, New York 11375<br>
Telephone No. (718) 544-0500

B. BRIEFLY DESCRIBE NATURE OF BUSINESS

NAME(S) OF ATTORNEY(S) DESIGNATED TO REPRESENT THE DEBTOR

☐ Debtor is not represented by an attorney

**STATISTICAL ADMINISTRATIVE INFORMATION (28 U.S.C. § 604)**<br>
(Estimates only)(Check applicable boxes)

THIS SPACE FOR COURT USE ONLY

☐ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>
☒ Debtor estimates that after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribtuion to unsecured creditors.

ESTIMATED NUMBER OF CREDITORS
| 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-over |
|---|---|---|---|---|---|
| ☒ | ☐ | ☐ | ☐ | ☐ | ☐ |

ESTIMATED ASSETS (in thousands of dollars)
| Under 50 | 50-99 | 100-499 | 500-999 | 1000-9999 | 10,000-99,000 | 100,000-over |
|---|---|---|---|---|---|---|
| ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

ESTIMATED LIABILITIES (in thousands of dollars)
| Under 50 | 50-99 | 100-499 | 500-999 | 1000-9999 | 10,000-99,000 | 100,000-over |
|---|---|---|---|---|---|---|
| ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ |

EST. NO. OF EMPLOYEES - CH. 11 & 12 ONLY
| 0 | 1-19 | 20-99 | 100-999 | 1000-over |
|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ |

EST. NO. OF EQUITY SECURITY HOLDERS - CH. 11 & 12 ONLY
| 0 | 1-19 | 20-99 | 100-499 | 500-over |
|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ |

Name of Debtor    Tyrone Salazar & Myrna Salazar    Case No._____

## FILING OF PLAN

For Chapter 9, 11, 12 and 13 cases only.  Check appropriate box.
☐ A copy of debtor's proposed plan dated _____    ☐ Debtor intends to file a plan within the time allowed by statute, rule, or
  is attached.                                                                   order of the court.

## PRIOR BANKRUPTCY CASE FILED WITHIN LAST 6 YEARS (If more than one, attach additional sheet)

| Location Where Filed | Case Number | Date Filed |
|---|---|---|
| None | | |

## PENDING BANKRUPTCY CASE FILED BY ANY SPOUSE, PARTNER, OR AFFILIATE OF THIS DEBTOR (If more than one, attach additional sheet)

| Name of Debtor | Case Number | Date |
|---|---|---|
| None | | |
| Relationship | District | Judge |
| | | |

## REQUEST FOR RELIEF

Debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

## SIGNATURES

### ATTORNEY

x  /s/ Allan R. Bloomfield   AB 7971    Date January 19, 2004
Signature

| INDIVIDUAL/JOINT DEBTOR(S) | CORPORATE OR PARTNERSHIP DEBTOR |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct. | I declare under penalty of perjury that the information provided in this petition is true and correct, and that the filing of this petition on behalf of the debtor has been authorized. |
| x  /s/ Tyrone Salazar | x _____ |
| Signature of Debtor | Signature of Authorized Individual |
| Date January 19, 2004 | |
| | Print or Type Name of Authorized Individual |
| x  /s/ Myrna Salazar | |
| Signature of Joint Debtor | Title of Individual Authorized by Debtor to File this Petition |
| Date January 19, 2004 | Date |

### EXHIBIT "A" (To be completed if debtor is a corporation requesting relief under chapter 11.)
☐ Exhibit "A" is attached and made a part of this petition.

### TO BE COMPLETED BY INDIVIDUAL CHAPTER 7 DEBTOR WITH PRIMARILY CONSUMER DEBTS (See P.L. 98-353 §322)
  I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under such chapter, and choose to proceed under chapter 7 of such title.

  If I am represented by an attorney Exhibit B has been completed.

x  /s/ Tyrone Salazar                    Date January 19, 2004
Signature of Debtor

x  /s/ Myrna Salazar                     Date January 19, 2004
Signature of Joint Debtor

### EXHIBIT "B" (To be completed by attorney for individual chapter 7 debtor(s) with primarily consumer debts.)

  I, the attorney for the debtor(s) named in the foregoing petition, declare that I have informed the debtor(s) that (he, she, or they) may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under such chapter.

x  /s/ Allan R. Bloomfield                Date January 19, 2004
Signature of Attorney

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

STATEMENT PURSUANT TO LOCAL
BANKRUPTCY RULE 1073-2(b)

DEBTOR(S):_____ Tyrone Salazar & Myrna Salazar _____    CASE NO.: _____

    Pursuant to Local Bankruptcy Rule 10 73-2(b), the debtor (or any other petitioner) hereby makes the following disclosure concerning Related Cases, to the petitioner's best knowledge, information and belief:

[NOTE: Cases shall be deemed "Related Cases" for purposes of E.D.N.Y. LBR 1073-1 and E.D.N.Y. LBR 1073-2 if the earlier case was pending at any time within six years before the filing of the new petition, and the debtors in such cases: (i) are the same; (ii) are spouses or ex-spouses; (iii) are affiliates, as defined in 11 U.S.C. 510 1(2); (iv) are general partners in the same partnership; (v) are a partnership and one or more of its general partners; (vi) are partnerships which share one or more common general partners; or (vii) have, or within 180 days of the commencement of either of the Related Cases had, an interest in property that was or is included in the property of another estate under 11 U.S.C. § 541(a).]

☒ NO RELATED CASE IS PENDING OR HAS BEEN PENDING AT ANY TIME.

☐ THE FOLLOWING RELATED CASE(S) IS PENDING OR HAS BEEN PENDING:

1. CASE NO.: _____ JUDGE: _____ DISTRICT/DIVISION: _____

CASE STILL PENDING (Y/N): _____    [*If closed*]  Date of closing: _____

CURRENT STATUS OF RELATED CASE: _____
                       (Discharged/awaiting discharge, confirmed, dismissed, etc.)

MANNER IN WHICH CASES ARE RELATED (Refer to NOTE above): _____

REAL PROPERTY LISTED IN DEBTOR'S SCHEDULE "A" ("REAL PROPERTY") WHICH WAS ALSO LISTED IN SCHEDULE "A" OF RELATED CASE: _____

_____

2. CASE NO.: _____ JUDGE: _____ DISTRICT/DIVISION: _____

CASE STILL PENDING (Y/N): _____    [*If closed*]  Date of closing: _____

CURRENT STATUS OF RELATED CASE: _____
                       (Discharged/awaiting discharge, confirmed, dismissed, etc.)

MANNER IN WHICH CASES ARE RELATED (Refer to NOTE above): _____

REAL PROPERTY LISTED IN DEBTOR'S SCHEDULE "A" ("REAL PROPERTY") WHICH WAS ALSO LISTED IN SCHEDULE "A" OF RELATED CASE: _____

_____

(OVER)

DISCLOSURE OF RELATED CASES (cont'd)

3. CASE NO.: _____ JUDGE: _____ DISTRICT/DIVISION: _____

CASE STILL PENDING (Y/N): _____    [*If closed*] Date of closing: _____

CURRENT STATUS OF RELATED CASE: _____
                                        (Discharged/awaiting discharge, confirmed, dismissed, etc.)

MANNER IN WHICH CASES ARE RELATED (Refer to NOTE above): _____

REAL PROPERTY LISTED IN DEBTOR'S SCHEDULE "A" ("REAL PROPERTY") WHICH WAS ALSO LISTED IN
SCHEDULE "A" OF RELATED CASE: _____

_____


*NOTE:* Pursuant to 11 U.S.C. S 109(g), certain individuals who have had prior cases dismissed within the preceding 180 days may not be eligible to be debtors. Such an individual will be required to file a statement in support of his/her eligibility to file.


TO BE COMPLETED BY DEBTOR/PETITIONER'S ATTORNEY, AS APPLICABLE:

I am admitted to practice in the Eastern District of New York (Y/N):   Y

CERTIFICATION (to be signed by pro se debtor/petitioner or debtor/petitioner's attorney, as applicable):

I certify under penalty of perjury that the within bankruptcy case is not related to any case now pending or pending at any time, except as indicated elsewhere on this form.


   /s/ Allan R. Bloomfield
Signature of Debtor's Attorney
Allan R. Bloomfield

                                          _____
                                          Signature of Pro Se Debtor/Petitioner

                                          _____
                                          Mailing Address of Debtor/Petitioner

                                          _____
                                          City, State, Zip Code

                                          _____
                                          Area Code and Telephone Number


Failure to fully and truthfully provide all information required by the E.D.N.Y. LBR 1073-2 Statement may subject the debtor or any other petitioner and their attorney to appropriate sanctions, including without limitation conversion, the appointment of a trustee or the dismissal of the case with prejudice.


NOTE:  Any change in address must be reported to the Court immediately IN WRITING.  Dismissal of your petition may otherwise result.

**UNITED STATES BANKRUPTCY COURT**              **EASTERN DISTRICT OF NEW YORK**

In re:  Tyrone Salazar & Myrna Salazar,          Debtor(s)     Case No.          (if known)

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I and J in the boxes provided.  Ad the amounts from Schedules A and B to determine the total amount of the debtor's assets.  Add the amounts from Schedules D, E and F to determine the total amount of the debtor's liabilites.

| Name of Schedule | Attached (Yes No) | Number of sheets | Assets | Liabilities | Other |
|---|---|---|---|---|---|
| A - Real Property | y | 1 | $0.00 | | |
| B - Personal Property | y | 1 | $17,270.00 | | |
| C - Property Claimed as Exempt | y | 1 | | | |
| D - Creditors holding secured claims | y | 1 | | $18,011.00 | |
| E - Creditors Holding Unsecured Priority Claims | y | 1 | | $0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | y | 1 | | $62,865.86 | |
| G - Executory Contracts and Unexpired Leases | y | 1 | | | |
| H - Codebtors | y | 1 | | | |
| I  - Current Income of Individual Debtor(s) | y | 1 | | | $4,360 |
| J - Current Expenditures of Individual Debtor(s) | y | 1 | | | $4,633 |
| Total Number of Sheets of All Schedules | | 10 | | | |
| Total Assets | | | $17,270.00 | | |
| Total Liabilities | | | | $80,876.86 | |

In re: Tyrone Salazar & Myrna Salazar,          Debtor(s)      Case No.                    (if known)

## SCHEDULE A - REAL PROPERTY

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | H W J C | CURRENT VALUE VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| None | | | | |

Total ->    $          (Report also on Summary of Schedules.)

## SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | H W J C | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand | | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and home-stead associations, or credit unions, brokerage houses, or cooperatives. | | Citibank, N.A.         checking<br>New York, New York    savings<br>Citibank, N.A.         checking<br>New York, New York    savings | w<br>w<br>h<br>h | $200.00<br>$10.00<br>$500.00<br>$10.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | | Deposit with landlord | j | $750.00 |
| 4. Household goods and furnishings including audio, video and computer equipment. | | Household goods | | $2,000.00 |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | x | | | |
| 6. Wearing apparel. | | Wearing apparel | | $1,500.00 |
| 7. Furs and jewelry. | x | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | x | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | x | | | |

In re:  Tyrone Salazar & Myrna Salazar,        Debtor(s)    Case No.                (if known)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | H W J C | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 10. Annuities. Itemize and name each issuer. | x | | | |
| 11. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Itemize. | | Retirement benefits through employment w unknown | | |
| 12. Stock and interests in incorporated and unincorporated businesses. Itemize. | x | | | |
| 13. Interest in partnerships or joint ventures. Itemize. | x | | | |
| 14. Government and corporate bonds and other negotiable and nonnegotiable instruments. | x | | | |
| 15. Accounts receivable. | x | | | |
| 16. Alimony, maintenance, support, and property settlement to which the debtor is or may be entitled. Give particulars. | x | | | |
| 17. Other liquidated debts owing debtor including tax refunds. Give particulars. | x | | | |
| 18. Equitable or future interests, life estate, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | x | | | |
| 19. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | x | | | |
| 20. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | x | | | |
| 21. Patents, copyrights, and other intellectual property. Give particulars. | x | | | |
| 22. Licenses, franchises, and other general intangibles. Give particulars. | x | | | |
| 23. Automobiles, trucks, trailers, and other vehicles and accessories. | | 1999 Mercury<br>1999 Ford | h<br>j | $7,400.00<br>$4,900.00 |
| 24. Boats, motors, and accessories. | x | | | |
| 25. Aircraft and accessories. | x | | | |
| 26. Office equipment, furnishings, and supplies. | x | | | |
| 27. Machinery, fixtures, equipment, and supplies used in business. | x | | | |
| 28. Inventory. | x | | | |
| 29. Animals. | x | | | |
| 30. Crops - growing or harvested. Give particulars. | x | | | |
| 31. Farming equipment and implements. | x | | | |
| 32. Farm supplies, chemicals, and feed. | x | | | |
| 33. Other personal property of any kind not already listed. Itemize. | x | | | |

(Include amounts from any continuation sheets attached. Report total also on Summary or Schedules)    Total ->    $17,270.00

In re: Tyrone Salazar & Myrna Salazar,                    Debtor(s)      Case No.                    (if known)

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under (Check one box)

☐  11 U.S.C. § 522(b)(1): Exemptions provided in 11 U.S.C. § 522(d).  Note: These exemptions are available only in certain states.

☒  11 U.S.C. § 522(b)(2): Exemptions provided under applicable nonbankruptcy federal laws, state or local law.

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT MARKET VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| Household Goods and Wearing Apparel | C.P.L.R. 5205 | $3,500.00 | $3,500.00 |
| Citibank, N.A. | D.C.L. 283 | $210.00 | $210.00 |
| Citibank, N.A. | D.C.L. 283 | $510.00 | $510.00 |
| Deposit with landlord | C.P.L.R. 5205 | $750.00 | $750.00 |
| Retirement benefits | C.P.L.R. 5205, D.C.L. 282 | unknown | unknown |
| 1999 Mercury | D.C.L. 282 | $2,400.00 | $2,400.00 |
| 1999 Ford | D.C.L. 282 | $2,400.00 | $2,400.00 |

In re: Tyrone Salazar & Myrna Salazar,          Debtor(s)    Case No.                      (if known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CO D E B T | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | C U D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF SECURITY | UNSECURED PORTION IF ANY |
|---|---|---|---|---|---|---|
| Americredit 801 Cherry Street, Suite 3900 Ft. Worth, Texas 76102 lien on 1999 Mercury value: $7,400 | | | | | $11,269.00 | |
| Americredit 801 Cherry Street, Suite 3900 Ft. Worth, Texas 76102 lien on 1999 Ford value: $4,900 | | | | | $6,742.00 | |
| | | | TOTAL: | | $18,011.00 | |

In re:  Tyrone Salazar & Myrna Salazar,          Debtor(s)      Case No.              (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORTIY CLAIMS

☒  Check this box if debtor has no creditors holding unsecured priorty claims to report on this Schedule E.

TYPE OF PRIORTY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheet(s)

☐  Extensions of credit in an involuntary case
Claims arising in the ordinary course of the debtor's business or financial affiars after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief.  11 U.S.C. § 507(a)(2).

☐  Wages, salaries, and commissions
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees, up to a maximum of $2000 per employee, earned within 90 days immediately preceding the filing of the original petition, or the cessation or business, whichever occured first, to the extent provided in 11 U.S.C. § 507(a)(3)

☐  Contributions to employee benefit plans
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occured first, to the extent propvided in 11 U.S.C. § 506(a)(4).

☐  Certain farmers and fishermen
Claims of certain farmers and fishermen, up to a maximum of $2000 per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(5).

☐  Deposits by individuals
Claims of individuals up to a maximum of $900 for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. § 507(a)(6).

☐  Alimony, Maintenance, or Support
Claims of a spouse, former spouse, or child of the debtor for alimony, maintenance, or support, to the extent provided in 11 U.S.C. § 507(a)(7).

☐  Taxes and Certain Other Debts Owed to Governmental Units
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐  Commitments to Maintain the Capital of an Insured Depository Institution
Claims based on commitments to the FDIC, RTC, Director of the of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. § 507(a)(9).

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBT | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CUD | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|

In re:  Tyrone Salazar & Myrna Salazar,                Debtor(s)      Case No.                        (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORTY CLAIMS

☐  Check this box if debtor has no creditors holding unsecured nonpriorty claims to report on this Schedule F

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CO D E B T | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | C U D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|
| Cellular One<br>P.O. Box 10852<br>Newark        , NJ  07193 | | j | 07/01    telephone service | | $942.00 |
| Chrysler Financial Company<br>580 White Plains Road<br>Tarrytown      , NY  10591 | | w | 12/98    car loan deficiency | | $8,863.00 |
| Colorado Capital Investment<br>305 N.E. Loop 820, Suite 404<br>Hurst        , TX  76053 | | j | 04/98    credit card | | $1,829.00 |
| Defense Finance and Acct. Svc.<br>1240 East 9th Street<br>Cleveland      , OH  44199 | | h | 12/02    enlistment bonus | | $3,977.00 |
| Department of Education<br>P.O. Box 2287<br>Atlanta        , GA  30370 | | w | 03/97    student loan | | $6,799.00 |
| Department of Education<br>P.O. Box 2287<br>Atlanta        , GA  30370 | | w | 03/97    student loan | | $7,109.00 |
| Discover Card<br>P.O. Box 15192<br>Wilmington      , DE  19886 | | w | 12/99    credit card | | $6,495.09 |
| First Premier Bank<br>601 S. Minnesota AVenue<br>Sioux Falls    , SD  57104 | | j | 12/02    credit card | | $423.00 |
| First Union National Bank<br>P.O. Box 13765<br>Roanoke        VA 24037 | | j | 12/98    loan<br>(same debt as Wachovia) | | $24,130.00 |
| LMC Emergency Physicians PC<br>P.O. Box 1019<br>Spring Valley  , NY  10977 | | j | 01/02    medical services | | $136.00 |
| Macy's<br>P.O. Box 8066<br>Mason        , OH  45040 | | j | 12/99    merchandise | | $135.00 |

In re:  Tyrone Salazar & Myrna Salazar,                Debtor(s)      Case No.                              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORTY CLAIMS

☐  Check this box if debtor has no creditors holding unsecured nonpriorty claims to report on this Schedule F

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CO D E B T | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | C U D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|
| Queens Borough Public Library<br>89-11 Merrick Blvd.<br>Jamaica          , NY  11432 | | j | 10/01    book | | $42.00 |
| RMA Holdings LLC<br>2420 Sweet Home Road, #150<br>Amherst          , NY  14228 | | w | 12/99    credit card<br>(same debt as Discover) | | $6,495.09 |
| Total Gym, Ltd.<br>c/o BYL Agency, Ltd.<br>P.O. Box 2740<br>West Chester    , PA  19380 | | h | 10/02    membership | | $1,263.84 |
| Voicestream Wireless<br>P.O. Box 742596<br>Cincinnati       , OH  45274 | | j | 06/02    telephone services | | $398.61 |
| Wachovia Bank<br>4299 N.W. 36th Street<br>Miami Springs    FL 33166 | | j | 12/98   loan | | $24,130.00 |
| Wachovia, c/o First USA Bank<br>P.O. Box 8650<br>Wilmington      DE 19899 | | j | 12/98   loan<br>(same debt as Wachovia) | | $24,130.00 |
| Wyckoff Heights Medical Ctr.<br>374 Stockholm Street<br>Brooklyn        , NY  11237 | | j | 06/01    hospital services | | $323.32 |

```
                                          -----------
                            TOTAL          $62,865.86
```

In re:  Tyrone Salazar & Myrna Salazar,          Debtor(s)       Case No.                    (if known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

☒  Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|

In re:  Tyrone Salazar & Myrna Salazar,                    Debtor(s)        Case No.                    (if known)

## SCHEDULE H - CODEBTORS

☒  Check this box if debtor has no codebtors.

NAME AND ADDRESS OF CODEBTOR                              NAME AND ADDRESS OF CREDITOR

In re: Tyrone Salazar & Myrna Salazar,           Debtor(s)     Case No.                    (if known)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by a married debtor in a chapter 12 or 13 case whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.

| Debtor's Marital Status | DEPENDENTS OF DEBTOR AND SPOUSE | | |
|---|---|---|---|
| | NAMES | AGE | RELATIONSHIP |
| Married | Karyna | 9 | daughter |
| | Noah | 5 | son |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | designer | teacher |
| Name of Employer | W & W Cabinets | NYC Deptartment of Education |
| How long employed | 3 months | 3 years |
| Address of Employer | 58-22 Maspeth Avenue<br>Maspeth, New York | New York, New York |

Income:  (Esitimate of average monthly income)

| | | |
|---|---|---|
| Current monthly gross wages, salary, and commissions (pro rate if not paid monthly.) | $  2,575 | $  3,200 |
| Estimate monthly overtime | | |
| SUBTOTAL | $  2,575 | $  3,200 |
| LESS PAYROLL DEDUCTIONS | | |
| a. Payroll taxes and social security | 525 | 890 |
| b. Insurance | | |
| c. Union dues | | |
| d. Other (Specify) | | |
| SUBTOTAL OF PAYROLL DEDUCTIONS | $    525 | $    890 |
| TOTAL NET MONTHLY TAKE HOME PAY | $  2,050 | $  2,310 |

Regular income from operation of business or profession or farm
(attach detailed statement)
Income from real property
Interest and dividends
Alimony, maintenance or support payments payable to the debtor for the debtor's
    use or that of dependents listed above.
Social security or other government assistance (Specify)

Pension or retirement income
Other monthly income (Specify)

| | | |
|---|---|---|
| TOTAL MONTHLY INCOME | $  2,050 | $  2,310 |

TOTAL COMBINED MONTHLY INCOME     $  4,360          (Report also on Summary of Schedules)

Describe any increase or decrease of more than 10% in any of the above categories anticipated to occur within the year following the filing of this document:

In re: **Tyrone Salazar & Myrna Salazar,**          Debtor(s)     Case No.                    (if known)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average monthly expenses of the debtor and the debtor's family.  Pro rate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse".

| | |
|---|---|
| Rent or home mortgage payment (include lot rented for mobile home) .......................................................................$ | 810.00 |
| Are real estate taxes included?  ☐ Yes  ☒ No      Is property insurance included?  ☐ Yes  ☒ No | |
| Utilities  Electricity and heating fuel ................................................................................................... | 95.00 |
| Water and sewer............................................................................................................ | |
| Telephone ..................................................................................................................... | 110.00 |
| Other | |
| Home maintenance (repairs and upkeep) ......................................................................... | 40.00 |
| Food ...................................................................................................................................... | 925.00 |
| Clothing  ............................................................................................................................... | 150.00 |
| Laundry and dry cleaning  .................................................................................................... | 45.00 |
| Medical and dental expenses ............................................................................................... | 100.00 |
| Transportation (not including car payments)......................................................................... | 195.00 |
| Recreation, clubs and entertainment, newspapers, magazines, etc........................................ | 85.00 |
| Charitable contributions ....................................................................................................... | |
| Insurance (not deducted from wages or included in home mortgage payments) | |
| Homeowner's or renter's ................................................................................................. | |
| Life ................................................................................................................................ | |
| Health ............................................................................................................................ | |
| Auto ............................................................................................................................... | 333.00 |
| Other | |
| Taxes (not deducted from wages or included in home mortgage payments) | 100.00 |
| (Specify) | |
| Installment payments: (In chapter 12 and 13 cases, do not list payments to be included in plan) | |
| Auto ............................................................................................................................... | 552.00 |
| Other    Student loans | 200.00 |
| Alimony, maintenance, and support paid to others  .............................................................. | |
| Payments for support of additional dependents not living at your home  ............................... | |
| Regular expenses from operation of business, profession, or farm (attach detailed statement) ............................................. | |
| Other    Education expense | 460.00 |
| Child care expense | 433.00 |
| TOTAL MONTHLY EXPENSES (Report also on Summary of Schedules)........................................$ | 4,633.00 |

(FOR CHAPTER 12 AND 13 DEBTORS ONLY)
Provide the information requested below, including whether plan payments are to be made bi-weekly, monthly, annually, or at some other regular interval.

A. Total projected monthly income  ..................................................................................................................$

B. Total projection monthly expenses ...............................................................................................................$

C. Excess income (A minus B) ..........................................................................................................................$

D. Total amount to be paid into plan each ........................................................................................................$
                    (interval)

In re:  Tyrone Salazar & Myrna Salazar,                    Debtor(s)       Case No.                      (if known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

    I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of 12 sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date  January 19, 2004                    Signature:  /s/ Tyrone Salazar
                                                           Debtor

Date  January 19, 2004                    Signature:  /s/ Myrna Salazar
                                             (Joint Debtor, if any)

                                         (If joint case, both spouses must sign.)

*Penalty for making a false satement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years of both. 18 U.S.C. §§ 152 and 3571.*

**UNITED STATES BANKRUPTCY COURT**          **EASTERN DISTRICT OF NEW YORK**

In re:  Tyrone Salazar & Myrna Salazar,          Debtor(s)          Case No.

Chapter  7

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

1.  I, the debtor, have filed a schedule of assets and liabilities which includes consumer debts secured by property of the estate.

2.  My intention with respect to he property of the estate which secures those consumer debts is as follows:

    *a.  Property to Be Surrendered.*

| Description of property | Creditor's name | H, W or J |
|---|---|---|
| None | | |

    *b.  Property to Be Retained (Specify Reaffirmed, Redeemed or Exempt to state debtor's intention concerning reaffirmation, redemption, or lien avoidance.\*)*

| Description of property | Creditor's name | Reaffirmed Redeemed Exempt |
|---|---|---|
| 1999 Mercury | Americredit Financial | Reaffirm |
| 1999 Ford | Americredit Financial | Reaffirm |

3.  I understand that § 521(2)(B) of the Bankruptcy Code requires that I perform the above stated intention within 45 days of the filing of this statement with the court, or within such additional time as the court, for cause, within such 45-day period fixes.

Date:  January 19, 2004

\* Reaffirmed - Debt will be reaffirmed pursuant to § 524(c)

  Redeemed - Property is claimed as exempt and will be redeemed
        pursuant to § 722

  Exempt    - Lien will be avoided pursuant to § 522(f) and property will
        be claimed as exempt

    /s/ Tyrone Salazar & Myrna Salazar
            Signature of Debtor

    _____
            Signature of Debtor

UNITED STATES BANKRUPTCY COURT          EASTERN DISTRICT OF NEW YORK

In re: **Tyrone Salazar & Myrna Salazar**          Debtor(s)          **Case No.**

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.

Questions 1-18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19-25. **Each question must be answered. If the answer to any question is "None," or the questions is not applicable, mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

DEFINITIONS

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within the two years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or person in control of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed.

*"Insider."* The terms "insider.includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any person in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. §101(30).

☐ None   **1. Income from Employment or Operation of Business**

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)
Give AMOUNT and SOURCE (If more than one).

| | |
|---|---|
| 2004 - $ 1,200 | $ 1,600 |
| 2003 - $52,000 | $38,400 |
| 2002 - $58,092 | $38,000 |

☒ None   **2. Income Other than from Employment or Operation of Business**

State the amount if income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)
Give AMOUNT and SOURCE.

**3. Payments to Creditors**

☒ None   a. List all payments on loans, installment purchases of goods or services, and other debts, aggregating more than $600 to any creditor, made within **90 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)
Give NAME AND ADDRESS OF CREDITOR, DATES OF PAYMENTS, AMOUNT PAID and AMOUNT STILL OWING.

☒ None   b. List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)
Give NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR, DATES OF PAYMENT, AMOUNT PAID and AMOUNT STILL OWING.

**4. Suits, Executions, Garnishments and Attachments**

☐ None   a. List all suits to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)
Give CAPTION OF SUIT AND CASE NUMBER, NATURE OF PROCEEDING, COURT AND LOCATION and STATUS OR DISPOSITION.

**First Union National v. Tyrone Salazar, NYC Civil Court, Bronx County**

☒ None   b. Describe all property that has been attached, garnished, or seized under any legal or equitable process within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

Give NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED, DATE OF SEIZURE and DESCRIPTION AND VALUE OF PROPERTY.

☒ None   **5. Repossessions, Foreclosures, and Returns**

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

Give NAME AND ADDRESS OF CREDITOR OR SELLER, DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFEROR RETURN and DESCRIPTION AND VALUE OF PROPERTY.

**6. Assignments and Receiverships**

☒ None   a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

Give NAME AND ADDRESS OF ASSIGNEE, DATE OF ASSIGNMENT and TERMS OF ASSIGNMENT OR SETTLEMENT.

☒ None   b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

Give NAME AND ADDRESS OF CUSTODIAN, NAME AND LOCATION OF COURT, CASE TITLE & NUMBER, DATE OF ORDER and DESCRIPTION AND VALUE OF PROPERTY.

☒ None   **7. Gifts**

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

Give NAME AND ADDRESS OF PERSON OR ORGANIZATION, RELATIONSHIP TO DEBTOR, IF ANY, DATE OF GIFT, and DESCRIPTION AND VALUE OF GIFT.

☒ None   **8. Losses**

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

Give DESCRIPTION AND VALUE OF PROPERTY, DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS and DATE OF LOSS.

☐ None   **9. Payments Related to Debt Counseling or Bankruptcy**

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

Give NAME AND ADDRESS OF PAYEE, DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR and AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY.

Paid Allan R. Bloomfield, 118-21 Queens Blvd., Forest Hills, N.Y. $400.00 for services in connection with these proceedings.

☒   None   **10. Other Transfers**

List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

Give NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR, DATE, and DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED.

☒   None   **11. Closed Financial Accounts**

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which where closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case.   Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

Give NAME AND ADDRESS OF INSTITUTION, TYPE AND NUMBER OF ACCOUNT AND AMOUNT OF FINAL BALANCE and AMOUNT AND DATE OF SALE OR CLOSING.

☒   None   **12. Safe Deposit Boxes**

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

Give NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY, NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY, DESCRIPTION OF CONTENTS and DATE OF TRANSFER OR SURRENDER, IF ANY.

☒   None   **13. Setoffs**

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

Give NAME AND ADDRESS OF CREDITOR, DATE OF SETOFF and AMOUNT OF SETOFF.

☒   None   **14. Property Held for Another Person**

List all property owned by another person that the debtor holds or controls.

Give NAME AND ADDRESS OF OWNER, DESCRIPTION AND VALUE OF PROPERTY and LOCATION OF PROPERTY.

☒   None   **15. Prior Address of Debtor**

If the debtor has moved within the **two years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case.  If a joint petition is filed, report also any separate address of either spouse.

Give ADDRESS, NAME USED and DATES OF OCCUPANCY.

☒   None   **16. Spouses and Former Spouses**

If the debtor resides or resided in a community property state, common-wealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the **six-year period** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

Give NAME.

☒  None   **17. Environmental Information**

for the purpose of this questions, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

☒   None   a.  List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

Give SITE NAME AND ADDRESS, NAME AND ADDRESS OF GOVERNMENTAL UNIT, DATE OF NOTICE and ENVIRONMENTAL LAW

☒   None   b.  List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

Give SITE NAME AND ADDRESS, NAME AND ADDRESS OF GOVERNMENTAL UNIT, DATE OF NOTICE and ENVIRONMENTAL LAW

☒   None   c.  List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

Give NAME AND ADDRESS OF GOVERNMENTAL UNIT, DOCKET NUMBER and STATUS OR DISPOSITION

**Unsworn Declaration under Penalty of Perjury.**

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date  _Jan 19, 2004_     Signature of Debtor  _/s/ Tyrone Salazar_

Date  _Jan 19, 2004_     Signature of Joint Debtor (if any)  _/s/ Myrna Salazar_

_____ continuation sheets attached

**Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§152 and 3571.**

UNITED STATES BANKRUPTCY COURT FOR THE
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------------------x

In re:                                                                                    STATEMENT
                                                                                          PURSUANT TO RULE 2016(b)

       Tyrone Salazar,
       Myrna Salazar,                                   Case No.

                               Debtor.

-------------------------------------------------------------------------------------x

The undersigned, pursuant to Rule 2016(b) of the Bankruptcy Rules, states that:

(1)  The undersigned is the attorney for the debtor(s) in this case.

(2)  The compensation paid or agreed to be paid by the debtor(s) to the undersigned is:
    (a)  for legal services rendered or to be rendered in contemplation of and in connection
       with this case:                                                                   $  400.00
    (b)  prior to filing this statement, debtor(s) have paid                             $  400.00
    (c)  the unpaid balance due and payable is                                           $   -0-

(3)  $ all of the filing fee in this case has been paid.

(4)  The services rendered or to be rendered include the following:
    (a)  analysis of the financial situation, and rendering advice and assistance to the debor(s) in determining whether to file
       a petition under title 11 of the United States Code.
    (b)  preparation and filing of the petition, schedules, statement of affairs and other documents required by the court.
    (c)  representation of the debtor(s) at the meeting of creditors.

(5)  The source of payments made by the debtor(s) to the undersigned was from earnings, wages and compensation for services
    performed.

(6)  The source of payments to be made by the debtor(s) to the undersigned for the unpaid balance remaining, if any, will be
    from earnings, wages and compensation for services performed.

(7)  The undersigned has received no transfer, assignment or pledge of property except the follwing for the value stated:  none.

(8)  The undersigned has not shared or agreed to share with any other entity, other than with members of undersigned's law
    firm any compensation paid or to be paid.

Dated:  January 19, 2004     Respectfully submitted, _____/s/ Allan R. Bloomfield_____ _Attorney for Petitioner(s)_

_**Attorney's name and address**_  Allan R. Bloomfield, 118-21 Queens Blvd., Suite 509, Forest Hills, N.Y. 11375

UNITED STATES BANKRUPTCY COURT FOR THE
EASTERN DISTRICT OF NEW YORK
----------------------------------------x

In re:                                          STATEMENT PURSUANT
                                                TO LOCAL RULE 2017-1

    Tyrone Salazar,
    Myrna Salazar,
                                                        Case No.
                            Debtor.

----------------------------------------x

    ALLAN R. BLOOMFIELD, an attorney duly admitted to practice in
this Court, states:

    1.  That I am the attorney for the above named debtor.

    2.  That prior to the filing of the petition herein, I
rendered the following services to the above named debtor:

| DATE | SERVICE | TIME |
|------|---------|------|
| April 21, 2003 | Interview with client analysis of financial condition, etc. | 1.7 hours |
| January 16, 2004 | Preparation of papers | 0.8 hour |
| January 19, 2004 | Interview with client, execution of papers | 0.2 hour |
| February 24, 2004 | Filing of papers | 0.7 hours |

    3.  That I will also represent the debtor at the first meeting
of creditors.

    4.  That all services rendered prior to the filing of the
petition herein were rendered personally by me.

    5.  That my usual rate of compensation on bankruptcy matters
of this type is $250.00 per hour.

Dated:  Forest Hills, New York
        February 24, 2004

                                /s/ Allan R. Bloomfield
                                _____
                                Allan R. Bloomfield
                                Attorney for Debtor

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------

In re:                                          CHAPTER 7
                                          VOLUNTARY PETITION

        Tyrone Salazar,
        Myrna Salazar,

                        Debtor.

------------------------------------------

                VERIFICATION OF CREDITOR MATRIX


        The above named Debtor hereby verifies that the attached list
of creditors is true and correct to the best of his/her knowledge.


Date:  January 19, 2004


                                /s/ Tyrone Salazar
                                _____
                                Debtor


                                /s/ Myrna Salazar
                                _____
                                Debtor